# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERYL FEALY, | Case No.: 2:10-cv-00583-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Dismiss–#5; Motion for Summary Judgment–#9) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

  Before the Court is Defendant United States of America's **Motion to Dismiss** (#5), filed September 30, 2010. The Court has also considered Plaintiff Cheryl Fealy's Opposition (#7), filed October 8, 2010, and the United States' Reply (#8), filed October 20, 2010.

  Also before the Court is Fealy's **Motion for Summary Judgment** (#9), filed November 11, 2010. The Court has also considered the United States' Opposition (#11), filed November 22, 2010, and Fealy's Reply (#12), filed December 7, 2010.

  The Court finds that Plaintiff Fealy's lawsuit against the United States of America is groundless and frivolous and fails to state a claim upon which relief can be granted. It is a matter of clearly settled law that wages are income and that income taxes are not voluntary. *See, e.g.*, *Wilcox v. Comm'r of Internal Revenue*, 848 F.2d 1007, 1008 (9th Cir. 1988). Therefore, the

AO 72
(Rev. 8/82)

Court grants the United States' Motion to Dismiss. Further, because the Court grants the Motion to Dismiss, the Court denies Fealy's Motion for Summary Judgment as moot.

### CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#5) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#9) is DENIED as moot.

Dated: January 10, 2011.

_____
ROGER L. HUNT
Chief United States District Judge